

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2015

No. 04-15-00555-CV

Shirley Hale **MATHIS**,
Appellant

v.

Leticia R. **BENAVIDES**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVQ-000161-D3A
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

On November 17, 2015 the trial court signed an order that determined appellant, Shirley Hale Mathis, as permanent guardian of the estate of Carlos Y. Benavides Jr., could not suspend enforcement of the judgment on appeal and ordered the district clerk to deliver the cash deposit to appellee, Leticia R. Benavides, to satisfy the judgment in part. Mathis filed an emergency motion to stop the imminent release of the supersedeas deposit and a request for this court to review the trial court's order determining not to permit suspension of enforcement pursuant to Texas Rule of Appellate Procedure 24.4. We have temporarily stayed the trial court's order requiring the district clerk to release the funds on deposit to appellee Benavides pending our review under Rule 24.4.

We order Mathis to request, by November 20, 2015, a supplemental clerk's record containing all pleadings relevant to our review of the November 17, 2015 order that the district clerk deliver the cash deposit to appellee and a supplemental reporter's record of any relevant hearings. We order Mathis to file a copy of those requests with this court by November 20, 2015.

We further order Mathis to file a brief challenging the trial court's determination of whether to permit suspension of enforcement by December 4, 2015. Benavides may file a response no later than ten days after Mathis's brief is filed.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2015.

Keith E. Hottle
Clerk of Court